

**U.S. Department of Justice**

United States Attorney
Western District of Tennessee
167 North Main, Suite 800      Phone: (901) 544-4231
Memphis, Tennessee 38103     Fax: (901) 544-4230

June 21, 2023

Bryan Miller
6386 Shelby Briar Drive, Apt. 102
Memphis, TN 38134

Mr. Miller:

Please be advised that you have become the target of a federal criminal investigation. More specifically, it is alleged that you have acted in violation of Title 21 United States Code Sections 841 (possession with the intent to distribute narcotics; 846 (conspiracy to possess with the intent to distribute narcotics) and Title 18 United States Code Sections 1791 (introduction of contraband into a federal prison facility; 201 (bribery of a public official.)

If you wish to meet and attempt to resolve these matters prior to the presentment of an indictment to the federal grand jury which will be considering these matters, please retain the attorney of your choice and have your attorney contact me on or before the close of business on July 21, 2023.

If you do not believe you can afford an attorney, you may be able to qualify for court appointed counsel. In order to determine whether or not you qualify for court appointed counsel, take this letter to the United States District Court Clerk and ask to have the matter assigned to the Magistrate Judge on duty for appointment of counsel. The clerk's office is located on the second floor of the Federal Building, 167 North Main, Memphis, Tennessee 38103. The phone number for that office is 901-495-1200.

Please understand that any decision by you to speak with investigating agents is strictly voluntary, and that any statements you may make to government agents may be used against you if you are later charged with a crime.

Sincerely,

Kevin G. Ritz
United States Attorney

By     s/Michelle Kimbril-Parks
       Michelle Kimbril-Parks
       Assistant U.S. Attorney